**WALL, WALL & PEAKE**
A PROFESSIONAL CORPORATION
1601 "F" STREET
BAKERSFIELD, CALIFORNIA 93301
TELEPHONE: (661) 327-8461

Larry F. Peake, SBN 082626
Attorney for Defendant, SMG Management

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA L. FIRPO, | Case No. 1:10-CV-01741-OWW-GSA |
| Plaintiff, | REQUEST FOR SUBSTITUTION OF ATTORNEY AND ORDER THEREON |
| vs. | |
| SMG, et al., | |
| Defendants. | |

TO THE COURT AND ALL PARTIES HERETO:

    Defendant, SMG Management, requests that the Court approve the substitution of Larry F. Peake, Wall, Wall & Peake, 1601 'F' Street, Bakersfield, CA 93301; Telephone No. (661) 327-8461; Fax No. (661) 327-8568, as counsel for Defendant SMG Management in this action in the place and stead of its current counsel, Stephen M. MacPhail, Esq., Bragg & Kuluva, 555 S. Flower St., #600, Los Angeles, CA 90071.

I consent to this substitution:

DATED: November 18, 2010

                                                / s /  John F. Burns
                                             JOHN F. BURNS on behalf of Defendant
                                             SMG Management

1  I consent to this substitution:

2  DATED: November 18, 2010                    BRAGG & KULUVA

3

4                                              By: / s / Stephen M. MacPhail
                                                   STEPHEN M. MACPHAIL, Former Legal
5                                                  Representative for SMG Management

6

7  I consent to this substitution:

8  DATED: November 18, 2010                    WALL, WALL & PEAKE

9

10                                             By: / s / Larry F. Peake
                                                   LARRY F. PEAKE, New Legal
11                                                 Representative for SMG Management

12

13

14

15

16

17  IT IS SO ORDERED.

18  **Dated:   December 7, 2010**                     **/s/ Oliver W. Wanger**
                                                   UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28

SUBSTITUTION OF ATTORNEY