1  Harry E. Macy, #082390                              (SPACE BELOW FOR FILING STAMP ONLY)
   **HAGER, MACY & JENSEN**
2  **Attorneys at Law**
   **1322 E. Shaw Avenue, Suite 350**
3  **Fresno, California 93710**
   **Telephone (559) 228-8322**
4  **Fax (559) 226-5274**

5

6  **Attorneys for** Defendant, OUTBACK CONCERTS OF TENNESSEE, INC.

7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA L. FIRPO, | **Case No. 1:10-CV-01741-BAM** |
| Plaintiff, | **ORDER FOR DISMISSAL OF CROSS-CLAIMS** |
| vs. | |
| SMG, et al., | |
| Defendants. | |

Pursuant to the stipulation entered into by and between defendant and cross-complainant, Outback Concerts of Tennessee, Inc., and defendant and cross-complainant, SMG, in this action filed herein on February 16, 2012,

IT IS HEREBY ORDERED that the cross-complaints filed and served by each on the other in the State Court action prior to its removal to this court be and are hereby dismissed without prejudice pursuant to FRCP 41(c), each party to bear its own costs and fees.

IT IS SO ORDERED.

Dated: **February 21, 2012**             **/s/ Barbara A. McAuliffe**
                                         UNITED STATES MAGISTRATE JUDGE