IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONNA L. FIRPO,

        Plaintiff,

vs.

SMG, *et. al.*,

        Defendants.

CASE NO. 1:10-cv-01741 AWI-BAM

**ORDER AMENDING THE SCHEDULING ORDER TO EXTEND DISCOVERY DEADLINES AND SETTING A STATUS CONFERENCE**

**<u>ORDER</u>**

This slip-and fall case is before the Court on Defendant SMG's ("Defendant") Motion for Physical Examination. (Doc. 37).[1] Although entitled a "Motion for Physical Examination," Defendant actually moves to extend the discovery deadlines to allow the physical examination of Plaintiff Donna L. Firpo ("Plaintiff"). Defendant initially noticed the examination of Plaintiff on October 20, 2011–well within the discovery deadlines. Defendant was unable to complete Plaintiff's physical examination due to Plaintiff's illness. No timely opposition or statement of non-opposition to the motion has been filed.

---

[1] The parties consented to proceed before United States Magistrate Judge Barbara A. McAuliffe for all proceedings, including trial and final judgment, pursuant to 28 U.S.C. 636(c) and Federal Rule of Civil Procedure 73. (Docs. 14, 16, 17).

1

Local Rule 230(c). Pursuant to Local Rule 230(g), this motion is submitted on the pleadings without oral argument. Therefore, the hearing set for March 9, 2012 is VACATED. Having considered the motion, as well as the Court's file, IT IS HEREBY ORDERED that:

1. The non-expert discovery deadline currently set for March 12, 2012 is continued to April 27, 2012. All other current discovery deadlines will remain the same.

2. The Court SETS a telephonic Status Conference for Tuesday, March 13, 2012 at 9:00am, in Courtroom No. 8, before the Honorable Barbara A. McAuliffe to discuss the remaining discovery and trial deadlines. Accordingly, no later than seven (7) days before the status conference, the parties shall file a brief status report indicating proposed dates for a short continuance of the trial and related dates. The parties may appear telephonically by coordinating a one-line conference call prior to calling chambers at 559-499-5789.

IT IS SO ORDERED.

Dated: **February 28, 2012**          /s/ **Barbara A. McAuliffe**
                                        UNITED STATES MAGISTRATE JUDGE