IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONNA L. FIRPO,

        Plaintiff,

  vs.

SMG, *et. al.*,

        Defendants.

CASE NO. 1:10-cv-1741-BAM

**ORDER OF DISMISSAL**

Pursuant to the terms Joint Stipulation of Dismissal filed on May 6, 2013 (Doc. 72), by the parties, IT IS HEREBY ORDERED that this action is DISMISSED pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with prejudice. The Clerk of the Court is directed to close this case.

    IT IS SO ORDERED.

**Dated:**   May 7, 2013                        /s/ Barbara A. McAuliffe

                                                     UNITED STATES MAGISTRATE JUDGE

1